

# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN
MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 8, 2014

Abel Reyna
Criminal District Attorney
219 N. 6th St. #200
Waco, TX 76701-1363

E. Alan Bennett
Sheehy, Lovelace & Mayfield, PC
510 N. Valley Mills Dr. #500
Waco, TX 76710-6077

RE:     Court of Appeals Number:     04-13-00468-CR
        Trial Court Case Number:     2011-1925-C2
        Style:  Thomas Joseph Keating
                v.
                The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Jonathan Quintero
Deputy Clerk, Ext. 53220



# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

No. 04-13-00468-CR

Thomas Joseph **KEATING**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 54th District Court, McLennan County, Texas
Trial Court No. 2011-1925-C2
Matt Johnson, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due February 5, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court